RE: Benjamin L. Marshall  
Rebecca D. Marshall

CHAPTER 13  
CASE NO. 04-53744-JDW

## CHAPTER 13 PLAN

1. The future earning of the debtor(s) are submitted to the supervision and control of the trustees and the debtor(s) For the debtor's(s) employer shall pay to the trustee the sum of $ 220.00 ~~Weekly~~, bi-weekly, ~~Semi-monthly or~~ ~~Monthly~~.
(Plan Funded by Wife)

2. From the payments so received, the trustee shall make disbursements as follows:

   (a). The monthly payments will be made on the following long-term debts:
   
   NAME OF CREDITOR         PAYMENT AMOUNT         MONTH OF FIRST PAYMENT UNDER PLAN

   Payments which come due after the filing of the petition but before the month of the first payment designated here Will be added to the proportion arrearage claim.

   (b). The priority payments require by U.S.C. §507(d)(1), including attorney fees of $ 1,150.00.

   (c). After the above payments, payments to secured creditors whose claims are duly proven and Allowed as follows:

   | NAME OF CREDITOR | AMOUNT DUE | VALUE | INT | COLLATERAL | TO BE PAID |
   |---|---|---|---|---|---|
   | Lenmark Financial | $9,116.36 | $7,800.00 | 8% | 2000 Chevrolet Impala | $185.00/Mo. |
   | TranSouth | $5,303.78 | $4,100.00 | 8% | 1999 Chevrolet Cavalier | $99.00/Mo. |
   | Heilig Meyers | $499.00 | $50.00 | 8% | Air Conditioner | $10.00/Mo. |

   (d). The debtor(s) will act as his/or/her own disbursing agent on the following debts:

   (e). The following unsecured claims are classified to paid at 100% (contract interest will be paid on the claim unless otherwise indicated:).

   (f). All 11 U.S.C. §507 priority claims will be paid in full over the life of the plan.
   
   Gerogia Dept. of Revenue    Taxes F/Y 2003    $460.00  
   Internal Revenue Service    Taxes F/Y 2001    $5,692.96  
   (g). Special provisions:

   (h). $ 146.00 will be assigned to cost and unclassified unsecured creditors.

   $ 20 % dividend will be paid to unclassified unsecured creditors.

   The term of the plan is approximately _____ years and 57 months.

Date: August 19, 2004

_____  
Debtor

_____  
Debtor