UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-53744 AEC |
| | ) | |
| BENJAMIN L. MARSHALL | ) | |
| REBECCA D. MARSHALL | ) | |
| | ) | |
| DEBTORS | ) | CHAPTER 13 |

## AMENDMENT

Benjamin L. Marshall and Rebecca D. Marshall, Debtors in the above styled case, file this amendment to their schedules and show the Court the following:

1.

The Debtors filed a chapter 13 petition pursuant to Title 11 of the United States Code on August 19, 2004. The plan was confirmed on November 12, 2004. Camille Hope, Chapter 13 Trustee filed her final report on January 12, 2010. The discharge order and final decree were entered on February 12, 2010. The Debtors moved to reopen their case on November 18, 2014, and the Court entered an order reopening the Debtors' case on or about November 24, 2014.

2.

The Debtors wish to amend schedule B to disclose the following asset.

Type of Asset:  21.  Other contingent and unliquidated claims
Property description: Mr. Marshall has a claim against Sandersville Railroad Company arising from a work-related accident on or about November 8, 2009. Mr. Marshall is represented by Noble L. Boykin, Jr. and C. Brian Jarrad.
Value:  unknown

Wherefore, the Debtors respectfully request that the Court allow their amendment and for other relief that is equitable and just.

This 24th day of November, 2014.

/s/ Robert M. Matson
_____

| | |
|---|---|
| Akin, Webster & Matson, P.C. | Robert M. Matson |
| P.O. Box 1773 | Attorney for Debtors |
| Macon, GA  31202 | State Bar No. 477102 |
| (478) 742-1889 | |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-53744 AEC |
| | ) | |
| BENJAMIN L. MARSHALL | ) | |
| REBECCA D. MARSHALL | ) | |
| | ) | |
| DEBTORS | ) | CHAPTER 13 |

**AFFIDAVIT**

STATE OF GEORGIA
COUNTY OF BIBB

1.

My name is Benjamin L. Marshall. I am a Debtor in the above referenced case. I am older than eighteen years of age and competent to execute this affidavit.

2.

I reviewed the Amendment to be filed with the Court and the information contained therein is true and correct to the best of my knowledge.

This 24th day of November, 2014.

Further the affiant sayeth not.

_____
Benjamin L. Marshall

Sworn to and subscribed before me this,
24th day of November 2014

_____
Notary Public
My commission expires: 10/8/2018

(OFFICIAL SEAL)
NOTARY PUBLIC GEORGIA
LEISA M JOHNSTON
COUNTY OF BIBB
My Commission Expires 10/8/2018

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-53744 AEC |
| | ) | |
| BENJAMIN L. MARSHALL | ) | |
| REBECCA D. MARSHALL | ) | |
| | ) | |
| DEBTORS | ) | CHAPTER 13 |

## AFFIDAVIT

STATE OF GEORGIA
COUNTY OF BIBB

1.

My name is Rebecca D. Marshall. I am a Debtor in the above referenced case. I am older than eighteen years of age and competent to execute this affidavit.

2.

I reviewed the Amendment to be filed with the Court and the information contained therein is true and correct to the best of my knowledge.

This 24th day of November, 2014.

Further the affiant sayeth not.

Rebecca D. Marshall

Sworn to and subscribed before me this,

24th day of November 2014

Notary Public
My commission expires: 10/8/2018

(OFFICIAL SEAL)
NOTARY PUBLIC GEORGIA
LEISA M JOHNSTON
COUNTY OF BIBB
My Commission Expires 10/8/2018

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-53744 AEC |
| | ) | |
| BENJAMIN L. MARSHALL | ) | |
| REBECCA D. MARSHALL | ) | |
| | ) | |
| DEBTORS | ) | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

This certifies that I have this day served a copy of the Amendment on Camille Hope, P.O. Box 954, Macon, GA 31202 via electronic notice.

This 25th day of November, 2014.

/s/ Robert M. Matson
_____

Akin, Webster & Matson, P.C.          Robert M. Matson
P.O. Box 1773                          Attorney for Debtors
Macon, GA 31202                        State Bar No. 477102
(478) 742-1889